UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ERIC SAYLES,

    Plaintiff,

    v.

LaPORTE COUNTY SHERIFF

    Defendants.

CAUSE NO. 3:20-CV-124-JD-MGG

OPINION AND ORDER

Eric Sayles was a prisoner in the LaPorte County Jail when he was granted "leave to proceed against the Sheriff of LaPorte County in an official capacity for permanent injunctive relief to obtain constitutionally adequate medical treatment . . .." ECF 5 a 3. Sayles alleged he was H.I.V. Positive. However, Sayles was released from the jail on February 7, 2020. ECF 12-2 at 1. Mail sent to him has twice been returned undeliverable. ECF 9 and 11.

Because Sayles is no longer in the jail, his claim for injunctive relief is moot. *See Higgason v. Farley*, 83 F.3d 807, 811 (7th Cir. 1996) ("If a prisoner is transferred to another [jail], his request for injunctive relief against officials of the first [jail] is moot unless he can demonstrate that he is likely to be retransferred."). Here, there is no indication Sayles will return to the LaPorte County Jail. Though it is possible he could commit another crime and be re-arrested, that is speculation.

Because the claim for injunctive relief is the only claim on which Sayles is proceeding in this lawsuit, this case must be dismissed.

For these reasons, this case is DISMISSED AS MOOT.

SO ORDERED on February 27, 2020

                                                        /s/JON E. DEGUILIO
                                                    JUDGE
                                                    UNITED STATES DISTRICT COURT